# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

                                                      **Civil Action**
                                                      **No:99-12445-WGY**

**EARL J. CRAIG**
**CONNIE ESKHOLME**

Plaintiff

v.

**JOHN CAFARELLI**
**RICHARD BACHOUR**
**RALPH DiPASQUALE**
Defendant

# JUDGMENT

      This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANTS .**

                                                 TONY ANASTAS
                                                 Clerk

                                                 *Elizabeth Smith*
                                                 Deputy Clerk

March 9, 2001

To: All Counsel

                                               DOCKETED    47